# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. MELTON,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, GREEN TREE SERVICING, LLC, NORTHWEST TRUSTEE SERVICES, INC., and DOE DEFENDANTS 1-10, INCLUSIVE,<br><br>        Defendants. | Case No. CV 15-06391-DDP-AGR<br><br>**JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANT, GREEN TREE SERVICING, LLC** |

**TO ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:**

    **PLEASE TAKE NOTICE THAT** this Court, having granted Defendant GREEN TREE SERVICING, LLC's Motion to Dismiss on May 16, 2016, now rules

as follows:

**IT IS HEREBY ADJUDGED AND DECREED THAT:**

Plaintiff RONALD D. MELTON claims for violation of Breach of Written Contract, Wrongful Foreclosure and Negligence against Defendant GREEN TREE SERVICING, LLC are hereby dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED:**

Defendant GREEN TREE SERVICING, LLC shall recover its costs as against Plaintiff RONALD D. MELTON.

**IT IS SO ORDERED.**

DATED:   June 9, 2016

_____
Honorable DEAN D. PREGERSON
United States District Court Judge