JS-6    O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD D. MELTON, | Case No. CV 15-06391 DDP (AGRx) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS** |
| BANK OF AMERICA, N.A.; GREEN TREE SERVICING, LLC; NORTHWEST TRUSTEE SERVICES, INC.;, | [Dkt. 35] |
| Defendants. | |

Presently before the court is Defendant Bank of America, N.A.'s Motion to Dismiss. Plaintiff, represented by counsel, has not opposed the motion. Accordingly, the court GRANTS the motion and adopts the following Order.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting

or denial of the motion." C.D. Cal. L.R. 7-12.

Defendant's Motion was noticed for hearing on September 12, 2016. Plaintiff's opposition was therefore due by August 22, 2016. As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion. Plaintiff's Complaint is DISMISSED, with prejudice.

IT IS SO ORDERED.

Dated: October 5, 2016

DEAN D. PREGERSON
United States District Judge