1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

13
14  RONALD D. MELTON,

       Plaintiff,

   vs.

16  BANK OF AMERICA, NATIONAL
17  ASSOCIATION, GREEN TREE
    SERVICING, LLC, NORTHWEST
18  TRUSTEE SERVICES, INC., and DOE
    DEFENDANTS 1-10, INCLUSIVE,
19
       Defendants.

Case No. 2:15-cv-06391 DDP (AGRx)

**JUDGMENT OF DISMISSAL IN FAVOR OF BANK OF AMERICA, N.A.**

**Date:   September 12, 2016**

20
21
22
23
24
25
26
27
28

1  On September 7, 2016, the Honorable Dean D. Pregerson took under
2  submission the Motion of BANK OF AMERICA, N.A. ("Defendant") to dismiss
3  Plaintiff RONALD D. MELTON'S ("Plaintiff") Complaint pursuant to Federal Rule
4  of Civil Procedure 12(b)(6). On October 5, 2016, the Court entered an order
5  granting Defendant's Motion and dismissing Plaintiff's Complaint, with prejudice.
6  Based on that ruling, **IT IS HEREBY ORDERED, ADJUDGED AND**
7  **DECREED** that Plaintiff's Complaint is dismissed with prejudice as to Defendant,
8  and Plaintiff is to recover nothing from Defendant.

DATED: October 12, 2016

_____
HONORABLE DEAN D. PREGERSON
United States District Court Judge

# CERTIFICATE OF SERVICE

*Melton v. Bank of America, et al.*
**USDC Case No. 2:15-cv-06391 DDP (AGRx)**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On the date below, I served true copies of the following document(s):

**DEFENDANT BANK OF AMERICA, N.A.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF WENDY MIELE,** on the interested parties in this action as follows:

| | |
|---|---|
| John T. Dzialo, Esq.<br>David L. Chaffin, Esq.<br>LAW OFFICES OF JOHN THOMAS DZIALO<br>200 W. Santa Ana Blvd., Suite 900<br>Santa Ana, CA  92701 | Attorneys for Plaintiff<br>RONALD D. MELTON<br>Phone:     (714) 418-4317<br>Fax:   (949) 812-7687<br>john@jdzlaw.net<br>david@jdzlaw.net<br>chaffin101@vahoo.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by The overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of The overnight service carrier or delivered such document(s) to a courier or driver authorized by The overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2016, at Irvine, California.

_____
Liz C. Hurley

70000.2349/8808744.1